# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**LOUIS VILLALUZ**                                                                     **PLAINTIFF**

**v.**                                               **Civil No.: 1:14cv110-HSO-RHW**

**ROYAL HOSPITALITY SERVICES, LLC**                     **DEFENDANT**

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Motion for Default Judgment [315],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Louis Villaluz against Defendant Royal Hospitality Services, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Louis Villaluz shall recover from Defendant Royal Hospitality Services, LLC, judgment in the amount of $69,699.43, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED,** this the 6th day of June, 2016.

                                                       *s/ Halil Suleyman Ozerden*
                                                       HALIL SULEYMAN OZERDEN
                                                       UNITED STATES DISTRICT JUDGE